IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN SIMONIS, et al., | No. CIV S-08-2303-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| ERIC MAGRINI, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action.  A review of the docket reflects that all defendants have appeared by way of their answer filed on October 24, 2008.  Good cause appearing therefor, the court finds it appropriate to advance the scheduling conference, currently set for March 5, 2009, to December 3, 2008, at 10:00 a.m., in Redding, California.  Scheduling conference statements shall be filed consistent with paragraph 7 of the court's October 1, 2008, order.

IT IS SO ORDERED.


DATED: October 29, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1