IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN SIMONIS, et al., | No. CIV S-08-2303-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| ERIC MAGRINI, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action. An initial status/scheduling conference was scheduled for December 3, 2008, at 10:00 a.m. in Redding, California. Plaintiffs failed to file a status/scheduling conference statement and did not appear at the scheduled hearing. Accordingly, plaintiffs shall show cause in writing, within 20 days of the date of this order, why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

      IT IS SO ORDERED.

DATED: December 3, 2008

                                                                                                                                          /s/ Craig M. Kellison_____
                                                                                                                                             CRAIG M. KELLISON
                                                                                                                                             UNITED STATES MAGISTRATE JUDGE