**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants ERIC MAGRINI,
LARRY FITCH, TERRISA CLEMENS,
PAMELA DEPUY AND SHASTA COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN SIMONIS, HANNAH MOORE AND LAURA LOVETT,<br><br>      Plaintiff,<br><br>vs.<br><br>ERIC MAGRINI, LARRY FITCH, TERESA CLEMENS, PAMELA DE PUI, and SHASTA COUNTY,<br><br>      Defendants.<br>_____/ | Case No. 2:08-CV-2303-LKK-CMK<br><br>**ORDER** |

The Court has reviewed the Stipulation and Request of HANNAH MOORE and defendants to dismiss HANNAH MOORE's Complaint with prejudice in exchange for a waiver of costs and attorney's fees. The request appears appropriate and therefore;

IT IS ORDERED that the Complaint by HANNAH MOORE is dismissed with prejudice.

DATED: February 12, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE