IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILIAN SIMONIS, et al.,                             No. CIV S-08-2303-LKK-CMK

        Plaintiffs,

  vs.                                                              ORDER

ERIC MAGRINI, et al.,

        Defendants.

_____/

        Plaintiffs, who are proceeding pro se, bring this civil action. In light of the notice of pending bankruptcy filed by defendant Magrini, he shall be severed from this action which shall proceed as against the remaining defendants only. The Clerk of the Court will be directed to make a copy of plaintiff's September 30, 2008, complaint (Doc. 1) and open a new action listing Magrini as the only defendant and Laura Lovett and Lilian Simonis as plaintiffs.[1] The Clerk of the Court will also be directed to terminate Magrini as a defendant to the existing action. The two actions shall be related within the meaning of Eastern District of California Local Rule 83-123(a). The new action shall, therefore, be assigned to the same judges as the existing action.

---

[1] By separate order, the court grants the parties' stipulated request for voluntary dismissal of the action as to plaintiff Hannah Moore only.

1

By separate order issued in the new action once a docket number has been assigned, the new action shall be stayed pending resolution of the bankruptcy proceeding.  The existing action shall proceed as against all remaining defendant.  By separate order, the court will set a schedule for the existing action.

          Accordingly, IT IS HEREBY ORDERED that:

          1.     Defendant Magrini is severed from the instant action;

          2.     The Clerk of the Court is directed to make a copy of plaintiffs' September 30, 2008, complaint (Doc. 1) and open a new action listing Magrini as the only defendant and Laura Lovett and Lilian Simonis as plaintiffs;

          3.     The Clerk of the Court is directed to terminate Magrini as a defendant to the instant action; and

          4.     The instant action and new action shall be assigned to the same District Judge and Magistrate Judge.

DATED: February 17, 2009

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE