**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIAN SIMONIS, et al., | No. CIV S-08-2303-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| LARRY FITCH,[1] et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring this civil action. An initial status/scheduling conference was held in this matter on February 12, 2009, at 10:00 a.m. before the undersigned. Plaintiffs did not participate in filing a joint scheduling conference statement or appear at the hearing. Gary Brickwood, Esq., appeared for defendants.

Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

///

---

[1] Defendant Magrini has been severed from this action. Fitch is now the lead defendant.

1

1. The parties are exempted from the requirements outlined in Federal Rule of Civil Procedure 26(a)(1) and (f);

2. The parties shall exchange lists of expert witnesses no later than October 1, 2009. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by December 1, 2009;

4. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by February 1, 2010;

5. The pre-trial conference is set for April 19, 2010, at 2:30 p.m. in courtroom #4 before the Honorable Lawrence K. Karlton. Separate pre-trial statements shall be filed pursuant to Local Rule 16-281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

6. Jury trial of this matter is set for July 13, 2010 at 10:30 a.m. in courtroom #4 before the Honorable Lawrence K Karlton. The parties shall file trial briefs pursuant to Local Rule 16-285.

IT IS SO ORDERED.

DATED: February 19, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE