UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILLIAN SIMONIS, et al.,

          NO. CIV. S-08-2303 LKK/CMK

       Plaintiffs,

   v.

          O R D E R

LARRY FITCH, et al.,

       Defendants.

_____/

    Pending before the court is plaintiffs' request for a status conference (Doc. No. 34). The court has reviewed the request and no good cause appearing, the request is DENIED.

    IT IS SO ORDERED.

    DATED:  April 14, 2009.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1