IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILIAN SIMONIS, et al.,　　　　　　　　　No. CIV S-08-2303-LKK-CMK

　　　　Plaintiffs,

　vs.　　　　　　　　　　　　　　　　　　ORDER

ERIC MAGRINI, et al.,

　　　　Defendants.

　　　　　　　　　　　　　　　　　　　/

　　　　Plaintiffs, who are proceeding pro se, bring this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On January 21, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 21, 2009, are adopted in full; and

2. Plaintiffs' "Motion for Summary Judgment" (Doc. 8) is denied.

DATED: April 24, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT