IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILIAN SIMONIS, et al.,　　　　　　　　No. CIV S-08-2303-LKK-CMK

　　　　Plaintiffs,

　vs.　　　　　　　　　　　　　　　　ORDER

LARRY FITCH, et al.,

　　　　Defendants.

　　　　　　　　　　　　　　　　　/

　　　　Plaintiffs, who are proceeding pro se, bring this civil action.  Pending before the court is defendants' motion to compel responses to discovery requests (Doc. 37).  The matter came on for hearing on July 9, 2009, at 10:00 a.m. in Redding, California.  Appearing for defendants was Rodney Blaco, Esq.  Plaintiffs did not file any written opposition to the motion or appear at the hearing.

　　　　In their motion, defendants state that, on April 1, 2009, the following ten discovery requests were served: (1) separate interrogatories to plaintiff Lillian Simonis by defendants Shasta County, Terrisa Clemens, Larry Fitch, and Pamela Depuy; (2) request for production of documents to plaintiff Lillian Simonis by defendant Shasta County; (3) separate interrogatories to plaintiff Laura Lovett by defendants Shasta County, Terrisa Clemens, Larry

1

1  Fitch, and Pamela Depuy; and (4) request for production of documents to plaintiff Laura Lovett
2  by defendant Shasta County.  Plaintiffs failed to serve responses to the discovery requests and
3  defendants seek an order compelling plaintiffs to provide responses or dismiss this action as an
4  appropriate discovery sanction.  Defendants also seek an award of $600.00 in monetary sanctions
5  for attorney's fees in preparing their motion and attending the hearing.

6        Defendants have established proper service of their discovery requests and that
7  plaintiffs have failed to respond.  Plaintiffs did not file a written opposition to defendants'
8  motion to compel and did not appear at the hearing.  Therefore, the court grants defendants'
9  motion to compel and will order plaintiffs to serve responses to the discovery requests served by
10 defendants on April 1, 2009.  The court declines at this time to impose dismissal sanctions
11 pursuant to Federal Rule of Civil Procedure 37(d).  Plaintiffs are cautioned, however, that failure
12 to serve discovery responses within the time provided by this order may, on defendants' motion,
13 result in dismissal sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v).  Such
14 sanctions may also apply to the related case <u>Simonis, et al. v. Magrini</u>, CIV-S-09-0446-LKK-
15 CMK.

16        The court awards defendants monetary sanctions pursuant to Federal Rule of Civil
17 Procedure 37(d)(3) in the amount of $600.00, which shall be payable by plaintiffs to defendants
18 in care of defendants' counsel.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' unopposed motion to compel (Doc. 37) is granted;

2. Plaintiffs shall serve responses to the discovery requests outlined herein within 15 days of the date of this order; and

3. Within 15 days of the date of this order, plaintiff shall pay monetary sanctions in the amount of $600.00.

DATED: July 9, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE