IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN SIMONIS, et al., | No. CIV S-08-2303-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| LARRY FITCH, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the court is defendants' ex parte motion (Doc. 45) for an order suspending the schedule for this case. In light of the pending motion to dismiss, and good cause appearing therefor, the request is granted. The schedule for this case is suspended and the court's February 17, 2009, scheduling order is vacated.

      IT IS SO ORDERED.

DATED: September 25, 2009

                                                                                    CRAIG M. KELLISON
                                                                                     UNITED STATES MAGISTRATE JUDGE